May 07, 2010

Mr. Robert L. Klawetter
Eastman Watson Dale & Forney
Niels Esperson Building
808 Travis, 20th Floor
Houston, TX 77002-5769

Mr. Eric D. Pearson
Heygood Orr & Pearson
2331 W. Northwest Hwy., 2nd Fl
Dallas, TX 75220
Honorable Gena Nicole Slaughter
191st District Court Dallas County
600 Commerce Street, 7th Floor
Dallas, TX 75202

RE: Case Number: 09-0317
 Court of Appeals Number: 05-08-01092-CV
 Trial Court Number: DC-07-03753

Style: IN RE ENSCO OFFSHORE INTERNATIONAL COMPANY, ENSCO
 INTERNATIONAL INCORPORATED AND ENSCO OFFSHORE COMPANY, INDIVIDUALLY
 AND AS SUCCESSOR-IN-INTEREST OF CHILES OFFSHORE, INC.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

 |cc:|Mr. Gary |
| |Fitzsimmons |
| |Ms. Lisa Matz |